UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JAIRO PINA-RODRIQUEZ, | § § § § | |
| *Plaintiff,* | | |
| v. | § § § § § § § § § § § | No. 2-13-cv-124 |
| HEMPHILL COUNTY SHERIFF MORSE BURROUGHS, CHIEF DEPUTY JAMES PEARSON, DEPUTY JOSE A. RAMOS, AND HEMPHILL COUNTY JUDGE GEORGE BRIANT, | | |
| *Defendants.* | | |

## **PLAINTIFF'S STATUS REPORT**

TO THE HONORABLE COURT:

COMES NOW Plaintiff's counsel, Steve N. Hall to submit the status of settlement negotiations with opposing counsel and will report as follows:

1.      Plaintiff's attorney contacted opposing counsel at approximately 2:25 p.m. on January 13, 2014.  Mr. Alex Yarborough indicated that he was aware of the status report deadline, but he could not speak to the Defendants' intentions and would return call if possible.

2.      Counsel for Defendants, Ms. Lee Ann Reno contacted the undersigned counsel by phone at approximately 2:45 p.m., and she indicated the Defendants had no intentions as to settlement.

3.      Undersigned counsel informed opposing counsel the Plaintiff will be prepared for trial as Defendants did not wish to negotiate a settlement.

4.      Plaintiff's attorney reminded opposing counsel of the logistics involved obtaining a visa for the return of Plaintiff, Jairo Pina-Rodriquez to the United States for a jury trial.

5. The Plaintiff's attorney informed opposing counsel that the United States Customs and Immigration Service (USCIS) will need to approve an I-918 Form and I-918 supplement before Jairo Pina-Rodriquez could be returned to the United States.

6. Plaintiff's attorney informed opposing counsel that cooperation from the United States Attorney General, Immigration Customs and Enforcement (ICE), or the Court will be required to obtain a visa for "extraordinary relief" if Plaintiff, Jairo Pina-Rodriquez is to return to the United States.

7. The Plaintiff's attorney informed opposing counsels that if the Court ordered mediation within thirty (30) days of the status report that the logistics for obtaining Plaintiff's visa or in the alternative a video deposition may require an alternative schedule.

8. Opposing counsel, Ms. Reno offered to send a stipulated conference report to undersigned counsel. The undersigned counsel accepted opposing counsels offer to provide a stipulated report that would indicate the Defendants did not desire to settle the case.

9. Subsequently after several emails from Mr. Yarborough, the undersigned counsel received the stipulated report to which Ms. Reno referred. Prior to the receipt of same, the undersigned counsel received an email from Ms. Reno with notice of deposition scheduled for February 6, 2014. The date of the deposition was not discussed with undersigned counsel during the phone conference. The February 6, 2024 date conflicts with undersigned counsel's scheduled appearance in Dallas County criminal court.

10. The undersigned counsel left the office before the opposing counsel provided the stipulated report. Upon receipt of the status report, the Plaintiff's attorney informed staff to request opposing counsel withdraw the name of mediator, Tad Fowler as no

agreement to mediate was discussed save to inform undersigned counsel of the Court's normal procedure.

11.     The Plaintiff's attorney agreed to a "joint" status report that stipulated the Defendants had no desire to negotiate a settlement.

>                    Respectfully submitted
>
>                    Hall Law Firm
>                    */s/ Steve N. Hall*
>                    Steve N. Hall
>                    Texas SBN 24065359
>                    1320 N. Banks PMB 107
>                    Pampa, TX 79065
>                    Telephone:  (866) 479-2904
>                    Facsimile:  (866) 864-3091
>                    steve@snhlaw.com
>                    Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JAIRO PINA-RODRIQUEZ, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | No.  2-13-cv-124 |
| HEMPHILL COUNTY SHERIFF MORSE BURROUGHS, CHIEF DEPUTY JAMES PEARSON, DEPUTY JOSE A. RAMOS, AND HEMPHILL COUNTY JUDGE GEORGE BRIANT, | § § § § § § § | |
| *Defendants.* | § | |

## Certificate of Service

This is to certify that the foregoing document was filed with the Clerk of the Court using the electronic case filing system which automatically sends notice of electronic filing to the attorneys of record who have consented to accept such notice on January 15, 2014.

*/s/ Steve N. Hall*
Texas SBN 24065359
1320 N. Banks PMB 107
Pampa, TX 79065
Telephone:  (866) 479-2904
Facsimile:  (866) 864-3091
steve@snhlaw.com
Attorney for Plaintiff

SPROUSE SHRADER SMITH P.C.

VIA EMAIL – *leeann.reno@sprouselaw.com*
LEE ANN RENO
701 S. TAYLOR, SUITE 500
POST OFFICE BOX 15008
AMARILLO, TEXAS 79105-5008
TELEPHONE: (806) 468-3300
FACSIMILE: (806) 373-3454

VIA EMAIL – *alex.yarborough@sprouselaw.com*
ALEX YARBOROUGH
701 S. TAYLOR, SUITE 500
POST OFFICE BOX 15008
AMARILLO, TEXAS 79105-5008
TELEPHONE: (806) 468-3300
FACSIMILE: (806) 373-3454

VIA EMAIL – *mark.white@sprouselaw.com*
MARK D. WHITE
701 S. TAYLOR, SUITE 500
POST OFFICE BOX 15008
AMARILLO, TEXAS 79105-5008
TELEPHONE: (806) 468-3300
FACSIMILE: (806) 373-3454


          /s/ Steve N. Hall
    Attorney for Plaintiff