IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| JAIRO PINA-RODRIQUEZ, | § § | |
| PLAINTIFF, | § | CIVIL ACTION CAUSE NUMBER |
| v. | § § | 2:13-CV-124-J |
| HEMPHILL COUNTY SHERIFF MORSE BURROUGHS, | § § § | |
| DEFENDANT. | § | |

## **ORDER**

Plaintiff's counsel has filed pleadings containing blank pages (documents number 52 and 56). The Clerk's office contacted Plaintiff's counsel Steve Hall personally regarding each of the pleadings which contained blank pages. The Clerk's office advised counsel that he should not file pleadings containing blank pages, and was advised by counsel that those pages were intentionally left blank. The Clerk noted that deficiency on the Clerk's electronic docket. So that there is no confusion about what is or is not in the record of this case, Plaintiff's counsel is ordered not to file any additional pleadings containing any blank pages.

In addition, Plaintiff's counsel has filed duplicate pleadings. For example, document number 58 was a duplicate of document number 56. Such duplications do not sharpen examination of the issues, or enlighten the Court and the parties about what issues are truly contested, but only clutter and potentially confuse the record in this case. So that there is no misunderstanding or confusion about what is or is not in the record of this case, Plaintiff's counsel is ordered not to file duplicative pleadings in this case.

In addition, the local rules require motions for leave to file amended complaints to have, attached as an exhibit to such motions, a copy of the proposed amended complaint. Plaintiff's

counsel filed a motion for leave to file an amended complaint (document number 51) that did not have an attached copy of the proposed amended complaint. The Clerk's office noted the deficiency and contacted Plaintiff's counsel Steve Hall regarding that deficiency. Counsel Hall was instructed by the Clerk to refile the motion in proper form. Instead of refiling the motion, counsel attached as an exhibit a copy of what the Court presumes is the proposed amended complaint to Plaintiff's reply (document number 56) to Defendant's response in opposition to Plaintiff's motion for leave to file an amended complaint. That pleading procedure does not comport with the requirements of the local rules. So that there is no confusion about what the parties are requesting from the Court, Plaintiff's counsel are instructed to carefully read and follow all of the local rules.

Plaintiff is hereby again cautioned that if he fails to obey the federal rules of civil procedure and the local rules, the Court may strike his pleadings and/or dismiss his claims, and may make such other orders in regard to the failure as are just, such as the taxation of reasonable and necessary expenses. Such dismissal may be with prejudice.

Plaintiff's counsel are again cautioned that compliance with a party's obligations and the Court's orders are mandatory. Counsel are again cautioned that the Court's orders require counsel's personal attention. Counsel are again cautioned that failure to comply with the Court's orders is sanctionable.

It is SO ORDERED.

Signed this the 11th day of June, 2014.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE